THE BOARD OF SUPERVISORS OF THE COUNTY OF SCHUYLER, RESPONDENT, v. THE BANK OF HAVANA, APPELLANT.

*Deposit in bank by county treasurer — when belongs to county.*

Where a county treasurer, who has deposited money belonging to the county in a bank, the account being kept in his name as "treasurer," and no money of his own being mixed therewith, becomes bankrupt, the balance of such account belongs to the county; payment thereof by the bank to an assignee in bankruptcy, constitutes no defense to an action brought by the county for its recovery.

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

*J. McGuire*, for appellant. *O. P. Hurd*, for respondent.

Opinion *per Curiam*.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.

---

ANDREW M. WAIT, PLAINTIFF, v. GEORGE W. RAY, AS SOLE TRUSTEE OF SCHOOL DISTRICT, ETC., DEFENDANT.

*Teacher — power of trustee to employ.*

The trustee of a school district can make a contract with a teacher extending beyond the term of such trustee's office.
*Gillis* v. *Space* (63 Barb., 177) followed.

MOTION for a new trial on exceptions ordered to be heard in the first instance at the General Term, after a verdict in favor of the plaintiff.

*Isaac S. Newton*, for plaintiff. *George W. Ray*, for defendant.

Opinion *per Curiam*.

Present — LEARNED, P. J., BOARDMAN and BOCKES, JJ.

Motion denied, and judgment ordered for the plaintiff, with costs.